# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHRISTOPHER LUCAS, )<br><br>     Plaintiff, )<br>vs. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>     Defendant. ) | 1:06-cv-907-SEB-VSS |

## E N T R Y

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee of $46.87 as directed in the Entry of June 29, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date:  08/30/2006

_SARAH EVANS BARKER_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana