**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| CHRISTOPHER LUCAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-907-SEB-VSS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**E N T R Y**

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee of $46.87 as directed in the Entry of June 29, 2006.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date:  08/30/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana