**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

CHRISTOPHER LUCAS,                          )
                                            )
                        Plaintiff,          )
            vs.                             )        1:06-cv-907-SEB-VSS
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
                        Defendant.          )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date:  08/30/2006
      _____

Sarah Evans Barker
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Christopher Lucas
Reg. No. 02652-028
Federal Correctional Institution
P. O. Box 9000
Forrest City, AR 72336