UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CHRISTOPHER LUCAS, )
)
          Plaintiff, )
  vs. ) 1:06-cv-907-SEB-JMS
)
UNITED STATES OF AMERICA, )
)
          Defendant. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: 04/09/2007

                                                          SARAH EVANS BARKER, JUDGE
                                                          United States District Court
                                                          Southern District of Indiana

Distribution:

Christopher Lucas
Reg. No. 07652-028
Federal Correctional Institution
P.O. Box 1000
Milan, MI   48160

Margaret A. Schutte
UNITED STATES ATTORNEY'S OFFICE
margaret.schutte@usdoj.gov